UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                              CASE NO.: 15-29592 -RAM
                                                    CHAPTER 13

    Zoilita J Garcia,

       Debtor.

_____/

## INDEBTEDNESS WORKSHEET

**Debt as of Petition Date**

Total pre-petiton indebtedness of debtor(s) to Movant **$290,070.22**

**Amount of principal: $243,062.70**

**Amount of interest: $31,056.02**

**Amount of escrow (taxes and insurance): $0.00**

**Amount of forced placed insurance expended by Movant: $0.00**

**Amount of attorneys' fees and costs billed to debtor(s) pre-petition: $0.00**

**Amount of pre-petition late fees, if any, billed to debtor(s): $0.00**

**Any additional pre-petition fees, charges or amounts charged to debtor account and not listed above: $10,524.77 (MIP/PMI); $4,025.00 (Monthly Service Fee); $112.00 (Corporate Advances); $11,434.02 (Servicing Advances); $10.144.29 (Credit/Prepayments)**

Contractual Interest Rate: 1.34%

**Amount of Alleged Post-Petition Default**
**(As of May 2, 2017)**

**Date last payment was received: (This is a reverse mortgage)**

**Alleged total number of payment due post-petition from filing of petition through due on May 2, 2017:** __n/a__

**All post-petition payments alleged to be in default:**

| Alleged Amount Due Date | Alleged Amount Due | Amount Received | Amount Applied to Principal | Amount Applied to Interest | Amount Applied to Escrow | Late Fee Charged (if any) |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Total: | $0.00 | $0 | $0 | $0 | $0 | $0 |

**Amount of movant's attorney's fees billed to debtor for the preparation and filing and prosecution of this motion**: $850.00

**Amount of movant's filing fee for this motion:** $181.00

**Other attorney's fees billed to debtor post-petition: $0.00**

**Amount of post-petition inspection fees:** $0.00

**Amount of movant's post-petition appraisal broker's price opinion:** $0.00

**Amount of forced place insurance or insurance provided by the movant post-petition:** $10,529.38

**Sum held in suspense by movant in connection with this contract, if applicable:** $0.00

**Amount of other post-petition advances or charges, for example, taxes, insurance incurred by debtor, etc. (itemize each charge):** $0.00

**Total post-petition debt: $11,560.38**